In the Matter of the Claim of MAY YARKUM, Appellant, against ROSENBLUM and WELLER et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued January 20, 1955; decided March 10, 1955.

844

*Frank Scheiner* for appellant.

*Samuel Schub* and *Milton Pfeffer* for Rosenblum and Weller and another, respondents.

Order of Appellate Division reversed and award of the Workmen's Compensation Board reinstated, with costs in this court and in the Appellate Division upon the ground that there is substantial evidence to support the award. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD and FROESSEL, JJ. VAN VOORHIS and BURKE, JJ., dissent and vote to affirm upon the opinion of the Appellate Division.